# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| TROY FLEMING, JARROD NABOR, and DAVARIAN URSIN, and CHARLES ZIEGELER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., dba BAYOU STEEL GROUP, BD BAYOU STEEL INVESTMENT, LLC, BD LAPLACE, LLC, BAYOU STEEL BD HOLDINGS II, L.L.C., and BLACK DIAMOND CAPITAL MANAGEMENT, LLC,<br><br>        Defendants. | Adv. Proc. No. 19-50392 (KBO)<br>Adv. Proc. No. 19-50748 (KBO)<br>(Consolidated Adversary Proceedings) |

## ORDER APPROVING STIPULATION DISMISSING DEBTOR DEFENDANTS FROM ADVERSARY PROCEEDINGS

Upon consideration of the *Stipulation Dismissing Debtor Defendants from Adversary Proceedings* (the "Stipulation") entered into between the Plaintiffs[2] and the Trustee; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

2

1. The Stipulation, attached hereto as Exhibit 1, is approved in its entirety.

2. The Debtor Defendants are hereby dismissed without prejudice from the Adversary Proceedings, but such dismissal without prejudice shall be subject to the reservations and terms of the Stipulation.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

*[Signature: Ka B. O.]*

**Dated: May 14th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**