**CERTIFICATE OF SERVICE**

   I, Christopher A. Lewis, certify that I am not less than 18 years of age, and that on May 19, 2020, a copy of the foregoing document was electronically filed via CM/ECF and served via CM/ECF upon all parties registered to receive CM/ECF notices in this case, and I caused copies to be served upon the following persons via U.S. first-class mail, postage fully pre-paid:

FOX ROTHSCHILD LLP
Seth A. Niederman, Esq.
919 North Market Street, Suite 300
Wilmington, Delaware 19899-2323
*Counsel to Bayou Steel BD Holdings II, L.L.C.*
*and Black Diamond Capital Management, L.L.C.*

WINSTON & STRAWN LLP
Daniel J. McGuire, Esq.
Daniel J. Fazio, Esq.
Benjamin M. Ostrander, Esq.
35 West Wacker Drive
Chicago, Illinois 60601
*Counsel to Bayou Steel BD Holdings II, L.L.C.*
*and Black Diamond Capital Management, L.L.C.*

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
Peter J. Keane, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19801
*Counsel for George L. Miller, Chapter 7 Trustee*

   Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 19, 2020         */s/ Christopher A. Lewis*
                Christopher A. Lewis